## Case No. 7,693.

### KENDEPT v. The THEODORE KORNER.

[3 Am. Law Reg. 47.]

District Court, D. Maryland. 1854.

SEAMEN'S WAGES — JURISDICTION UNDER TREATY.

Libel in rem for seaman's wages.

The libellant [Henry Kendept] was a citizen of Bremen, to which place the barque belonged. The libellant came to this port in another vessel belonging to Bremen, and was transferred from said vessel in this port, to the barque Theodore Korner, to go a voyage to the Chincha Islands and elsewhere. On the return of the barque to this port, the libellant left her, and filed this libel to recover his wages. The district court (GILES, District Judge) decided that by the terms of the treaty between our government and the Free Hanseatic Towns, this court had no jurisdiction of the case; that the libellant must apply to the consul for Bremen at this port, who is clothed with jurisdiction in all cases of dispute between masters of vessels and seamen, where the parties are citizens of Bremen.

TANEY, Circuit Justice, affirmed this decree.